**KNIGHT LAW GROUP LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Russell Higgins (SBN 226124)
russellh@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Attorneys for Plaintiffs,
DWIGHT FONSECA and
DIANA AMEZCUA

**RUGGERELLO LAW GROUP L.L.P.**
Ryan P. Ruggerello (SBN 216633)
ryan@ruggerellolaw.com
Kristan L. Ruggerello (SBN 216641)
kristan@ruggerellolaw.com
19800 MacArthur Boulevard, Suite 650
Irvine, CA 92612
Tel: (949) 293-768
Attorneys for Defendant
SUBARU OF AMERICA, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT FONSECA & DIANA AMEZCUA,<br><br>                    Plaintiff(s),<br><br>        vs.<br><br>SUBARU OF AMERICA, INC., A New Jersey Corporation; TIMMONS SUBARU, INC., A California Stock Corporation DBA Timmons Subaru Of Long Beach And DOES 1 Through 10, Inclusive,<br><br>                    Defendants. | Case No.: 5:24-cv-02526-CV-DTB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>*Honorable Cynthia Valenzuela*<br><br><br>Action Filed: April 12, 2024<br>Trial Date: Not Set |

-1-

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Dwight Fonseca and Diana Amezcua ("Plaintiffs") and Defendant Subaru of America, Inc. ("Defendant" and together with Plaintiff, the "Parties"), by and through their counsel of record, hereby provide notice to the Court that they have reached a settlement in principle in the above referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while settlement is pending.

The settlement requires surrender of the Plaintiffs' vehicle, with payment by Defendant of the settlement sum thereafter, and provides for Plaintiffs' attorneys' fees, costs and expenses of suit to be determined by the Court if not resolved informally once the settlement is completed.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

JOINT NOTICE OF SETTLEMENT

Once all terms of the settlement are completed including the vehicle surrender, and payment is received by the Plaintiffs, including payment of both the settlement funds and Plaintiffs' attorneys' fees, cost and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

Respectfully Submitted,

Dated:    February 6, 2025          **KNIGHT LAW GROUP, LLP**

*/s/ Russell Higgins*
Roger Kirnos (SBN 283163)
Russell Higgins (SBN 226124)
Debra Reed (SBN 268914)
Attorneys for Plaintiffs,
DWIGHT FONSECA and
DIANA AMEZCUA

Dated:    February 6, 2025          **RUGGERELLO LAW GROUP**

*/s/ Kristan Ruggerello*
Ryan P. Ruggerello (#216633)
Kristan Ruggerello (#216641)
Attorneys for Defendant,
SUBARU OF AMERICA, INC.

-3-