**KNIGHT LAW GROUP LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Russell Higgins (SBN 226124)
russellh@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Attorneys for Plaintiffs,
DWIGHT FONSECA and
DIANA AMEZCUA

**RUGGERELLO LAW GROUP L.L.P.**
Ryan P. Ruggerello (SBN 216633)
ryan@ruggerellolaw.com
Kristan L. Ruggerello (SBN 216641)
kristan@ruggerellolaw.com
19800 MacArthur Boulevard, Suite 650
Irvine, CA 92612
Tel: (949) 293-768
Attorneys for Defendant
SUBARU OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT FONSECA & DIANA AMEZCUA,<br><br>            Plaintiff(s),<br>    vs.<br><br>SUBARU OF AMERICA, INC., A New Jersey Corporation; TIMMONS SUBARU, INC., A California Stock Corporation DBA Timmons Subaru Of Long Beach And DOES 1 Through 10, Inclusive,<br><br>            Defendants. | Case No.: 5:24-cv-02526-CV-DTB<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>*Honorable Cynthia Valenzuela*<br><br>Action Filed: April 12, 2024<br>Trial Date: Not Set |

-1-

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD AND TO THE JUDGE OF THE SUPERIOR COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dwight Fonseca and Diana Amezcua ("Plaintiffs") and Defendant Subaru of America, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice. The Parties reached a settlement of all claims in this case, and all terms of said settlement have been completed. Defendant Subaru of America is the sole remaining Defendant in this matter. The Parties jointly request that the Court dismiss this action with prejudice.

Respectfully Submitted,

Dated:    March 14, 2025          **KNIGHT LAW GROUP, LLP**

*/s/ Debra Reed*
Roger Kirnos (SBN 283163)
Russell Higgins (SBN 226124)
Debra Reed (SBN 268914)
Attorneys for Plaintiffs,
DWIGHT FONSECA and
DIANA AMEZCUA

Dated:    March 14, 2025          **RUGGERELLO LAW GROUP**

*/s/ Kristan Ruggerello*
Ryan P. Ruggerello (#216633)
Kristan Ruggerello (#216641)
Attorneys for Defendant,
SUBARU OF AMERICA, INC.