JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT FONSECA & DIANA AMEZCUA,<br><br>                    Plaintiffs,<br><br>  v.<br><br>SUBARU OF AMERICA, INC., A New Jersey Corporation; TIMMONS SUBARU, INC., A California Stock Corporation DBA Timmons Subaru Of Long Beach And DOES 1 Through 10, Inclusive,<br><br>                    Defendants. | CASE NO : 5:24-cv-02526-CV (DTBx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

On April 1, 2025, the parties filed a Joint Stipulation to Dismiss with Prejudice (the "Stipulation").

The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS this matter DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED: 4/17/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE